[No. 33001-0-III.  Division Three.  November 3, 2015.]

K.N.Z. ET AL., *Appellants*, v. FRED J. BEEMAN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 12-2-04695-0, David E. Gregerson, J., entered November 13, 2013. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Korsmo and Fearing, JJ.

[No. 71034-6-I.  Division One.  November 9, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT ALLAN BAKER, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 12-1-00127-9, Alan R. Hancock, J., entered October 15, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Lau, J., concurred in by Verellen, A.C.J., and Becker, J.

[No. 71765-1-I.  Division One.  November 9, 2015.]

SARA HARTMAN, *Appellant*, v. THE YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREATER SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-36098-7, Joan E. DuBuque, J., entered March 21, 2014. *Reversed* and *remanded* by unpublished opinion per Lau, J., concurred in by Schindler and Dwyer, JJ.

[No. 72019-8-I.  Division One.  November 9, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. STETSON G. TEDDER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-1-00215-3, George N. Bowden, J., entered May 5, 2014. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Spearman, C.J., and Becker, J.